from. No opinion. Carr, Stapleton, Mills, and Putnam, JJ., concur. Jenks, P. J., dissents. See Hauptner v. White, 81 App. Div. 153, 80 N. Y. Supp. 895; Newell on Slander & Libel (3d Ed.) § 285.

Susan D. BRIGHTSON, Applt., v. John CLAFLIN, Respt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed with costs. No opinion. Order filed.

Sallie BRISCOE, respondent, v. CITY OF MT. VERNON, appellant, and Giuseppe Zibelli, defendant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and order of the County Court of Westchester County unanimously affirmed by default, with costs.

In the Matter of William J. BROCK, an attorney. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Matter referred to Hon. Josiah T. Marean, as official referee.

Charles BROCK, Applt., v. Ruel W. POOR, et al., as Trustees, etc., et al., Respts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order modified, as stated in order, and, as modified, affirmed, without costs. No opinion. Order filed.

Charles BROCK, suing, etc., Applt., v. Ruel W. POOR et al., Respts. (two cases). (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. No opinion. Order filed.

BROOKLYN · BANK IN THE CITY OF NEW YORK, respondent, v. Edmund K. STALLO, appellant, W. D. Stratton, defendant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

BROOKS SAND & GRAVEL CO., Inc., Respt., v. SHADBOLT MFG. CO., Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below, on the authority of Bramhall-Deane-Rand Co. v. McDonald, 158 N. Y. Supp. 736, decided by this court, May 5, 1916. Order filed.

In the Matter of the Estate of Benjamin C. BROWN, deceased. In re claim of Gilbert CAIN, applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Decree modified by increasing the amount allowed to claimant to the sum of $2,174.10, being at the rate of $5.50 per week, which this court finds is the reasonable value of claimant's services, and the finding of fact relating thereto is modified

accordingly, and as so modified the decree is affirmed, with costs of this appeal to the appellant, payable out of the estate. All concur.

In the Matter of the Estate of Benjamin C. BROWN, deceased. In re claim of Margaret MYERS, applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Decree modified by increasing the amount allowed to claimant to the sum of $301.28, being at the rate of $5 per week from November 8, 1912, to October 8, 1913, which this court finds is the reasonable value of the claimant's services during that period, and the finding of fact as to the value of such services is modified accordingly, and as so modified the decree is affirmed with costs of this appeal to the appellant, payable out of the estate. All concur.

Matter of Lillian M. BROWN, Respt. In re Lambert HUBBELL, Applt., v. Mary F. HARDY, Judgment Debtor. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Order appealed from (93 Misc. Rep. 672, 157 N. Y. Supp. 497) modified, by providing that the judgment be set aside in so far as it affects any right of the respondent herein under her judgment, and, as so modified, affirmed, without costs. No opinion. Settle order on notice. See, also, 159 N. Y. Supp. 395.

William D. BROWN et al. v. MITCHELL-LEWIS MOTOR CO. et al. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

Melvin BROWN, appellant, v. Charles SCHIRRMEISTER, JR., and Harry Epstein, respondents. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Franklin Q. BROWN et al., appellants-respondents, v. Leslie B. WILSON and Ludwig Chardon, respondents-appellants. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order affirmed, without costs. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

David BROWN, respt., v. YELLOW TAXI SERVICE, Incorporated, applt. (Supreme Court. Appellate Division, Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

Isidore BROWNFIELD, as President, etc., Respt., v. Louis SIMON, as President, etc., applt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment (158 N. Y. Supp. 187) affirmed, with costs. No opinion. Order filed.

William E. BRUCE, Applt., v. CERTIGUE MINING & DREDGING CO., Respt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Order affirmed, with costs. No opinion. Order filed.